HELEN GOLDMAN and EMANUEL GOLDMAN, Respondents, v. BANKERS TRUST COMPANY, Appellant.— In an action to recover damages for personal injuries sustained by the plaintiff wife, a tenant occupying a part of defendant's premises, when she slipped and fell on a passageway leading to a yard used in common by all tenants, and, by reason of the absence of a guard rail, fell into a pit below the passageway; and by her husband to recover for loss of services and medical expenses, the plaintiffs had verdicts. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

LOUIS GREEN, Appellant, v. MAX CAESAR, Respondent.— In an action for dissolution of an alleged partnership, for an accounting, for rescission of a release, and for other relief, judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

ARTHUR HARDONCOURT, Appellant, v. IRENE J. HARDONCOURT (Also Known as IRENE J. ROBERTS), Respondent, and JOAN HARDONCOURT (Also Known as JOAN ROBERTS), an Infant over the Age of Fourteen Years, Defendant.— Order and judgment dismissing the complaint on the ground that it appears upon the face of the complaint that it does not state facts sufficient to constitute a cause of action, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

HAZEL HENSCHEL, Respondent, v. FREDERICK B. HENSCHEL, Appellant.— Action for separation by plaintiff wife against defendant husband and counterclaim for like relief by defendant husband against plaintiff wife. Judgment granting a separation to plaintiff, awarding twenty-five dollars a week alimony and dismissing the counterclaim for a separation, unanimously affirmed, with costs. The provision respecting $100 temporary alimony complied with Special Term Local Rule 21. The defendant had an opportunity to question the amount on the settlement of the decree; he did not do so and may not now he heard respecting it. Moreover, in the meantime the sum in question has been paid. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.